No. 82–1344.   CELE *v.* KINNEY ET AL.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 82–1348.   STOVALL *v.* CONTINENTAL FEDERAL SAVINGS & LOAN ASSN.   Sup. Ct. Okla.   Certiorari denied.

No. 82–1353.   WHITE ET AL. *v.* ROUGHTON ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 82–1361.   MAIER *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 82–1363.   SILVER, DBA ALLIED BOND & COLLECTION AGENCY *v.* WOOLF, ACTING BANKING COMMISSIONER OF CONNECTICUT.   C. A. 2d Cir.   Certiorari denied.

No. 82–1364.   AQUATIC TECHNICAL SERVICES, INC. *v.* COUNTY OF NASSAU ET AL.   Ct. App. N. Y.   Certiorari denied.

No. 82–1372.   CULLEN *v.* BMW OF NORTH AMERICA, INC. C. A. 2d Cir.   Certiorari denied.

No. 82–1374.   RIVINIUS ET AL. *v.* NORTH DAKOTA.   Sup. Ct. N. D.   Certiorari denied.

No. 82–1416.   TASSONE *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 82–1452.   ERRANTE *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 82–1454.   COWARD ET AL. *v.* COLGATE-PALMOLIVE CO. ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 82–1463.   HUCKABY *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 82–1467.   FROST *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.